# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 02-1156

_____

Charles Pointer,                *
                                    *
           Appellant,         *
                                    *    Appeal from the United States
     v.                         *    District Court for the Eastern
                                    *    District of Missouri.
St. Louis University School of Law,   *
                                    *     [UNPUBLISHED]
           Appellee.          *

_____

Submitted:  February 26, 2002
Filed:  March 4, 2002

_____

Before LOKEN, BEAM, and RILEY, Circuit Judges.

_____

PER CURIAM.

Charles Pointer appeals the district court's[1] pre-service dismissal of his action alleging false advertising and violations of the Freedom of Information Act and his civil rights.  After de novo review, see Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam), we conclude that the action was properly dismissed for failure to state a claim.  Accordingly, we affirm.  See 8th Cir. 47A(a).

_____

[1]The Honorable Rodney W. Sippel, United States District Judge for the Eastern District of Missouri.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.